

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2014

No. 04-14-00280-CV

**IN THE INTEREST OF D. N.C., A CHILD,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01461
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before July 14, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court